AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

VIDHI LLC
doing business as Clarion Inn Michigan City
Plaintiff
v.                                   **Civil Action No.**     3:18cv451
ARCH INSURANCE COMPANY
doing business as Arch Specialty Insurance Company
termed 8/18/2018;
ARCH SPECIALTY INSURANCE COMPANY
Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: The court enters judgment in favor of defendant, Arch Specialty Insurance Company and against plaintiff, Vidhi LLC.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty on a motion for summary judgment.

DATE: March 15, 2023                    *Chanda J. Berta, Acting Clerk Of Court*

                                        by s/ D. Kirkwood
                                        *Signature of Clerk or Deputy Clerk*